IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN OCTAVION BROOKS,   )<br>            ) <br>    Plaintiff,   ) <br>            ) <br>    v.        ) <br>            ) <br>RUSSELL COUNTY CIRCUIT  ) <br>COURT, et al.,     ) <br>            ) <br>    Defendants.   ) | CIVIL ACTION NO.<br>2:25cv506-MHT<br>(WO) |

OPINION

Plaintiff, a prisoner, filed this lawsuit complaining that he was being held in prison past his release date and seeking release and compensatory damages. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute and failure to file a prison account statement as ordered. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of October, 2025.

                                          /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**